JS-6

1  D. Chad Anderton, Bar No. 199922
   canderton@littler.com
2  Miko Sargizian, Bar No. 285976
   msargizian@littler.com
3  LITTLER MENDELSON, P.C.
   18565 Jamboree Road
4  Suite 800
   Irvine, California 92612
5  Telephone: 949.705.3000
   Fax No.: 949.724.1201
6
7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO HURTADO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-00899-FMO-(Ex)<br><br>(LASC CASE NO.: 21STCV45965)<br><br>ASSIGNED TO DISTRICT JUDGE FERNANDO M. OLGUIN<br><br>**ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>**[FED. R. CIV. P. 41(a)]**<br><br>Complaint Filed: LASC 12/16/2021 |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

1

ORDER RE: STIPULATION RE:
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE 2:22-CV-00899-CAS-(EX)

IT IS HEREBY ORDERED THAT the above entitled-action is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a). The parties are to bear his, its, or their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: October 6, 2022

_____/s/_____
Hon. Fernando M Olguin
United States District Judge

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2

ORDER RE: STIPULATION RE:
DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE 2:22-CV-00899-CAS-(EX)